

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BARBARA BAUMAN; GREGORY GRECO; JOSEFINA NUNEZ; GABRIELE NUNEZ; MIRIAM NUNEZ; SILVIA NUNEZ; EMILIO GUILLERMO PESCE; MIRTA HAYDEN ARENAS; GRACIELA GIGENA; GUILLERMO ALBERTO GIGENA, NURIA GIGENA; AMELIA SCHIAFFO; ELBA LECHNER; ANUNCIACION SPALTRO DE BELMONT; HECTOR RATTO; EDUARDO OLASIREGUI; RICARDO MARTIN HOFFMAN; EDUARDO ESTIVILLE; ALFREDO MANUEL MARTIN; JUAN JOSE MARTIN; JOSE BARREIRO; ALEJANDRO DAER,, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DAIMLERCHRYSLER CORPORATION and DAIMLERCHRYSLER AG, <br><br> Defendants - Appellees. | No. 07-15386 <br><br> D.C. No. CV-04-00194-RMW Northern District of California, San Jose <br><br><br> ORDER |

Before: SCHROEDER, D.W. NELSON and REINHARDT, Circuit Judges.

Appellants' Petition for Rehearing is GRANTED. The opinion filed on

August 28, 2009 is vacated. This case shall be reheard by the 3-judge panel the

week of June 21, 2010, in Pasadena, California. The date and time of oral

argument will be set soon, and counsel should inform this court of any potential

conflicts immediately.

The parties are ordered to submit supplemental briefs addressing the

following questions:

> 1. Is "control" an element of this court's agency test for personal
> jurisdiction? If so, how much control is required? If our precedent is
> unclear, how much control should be required?
>
> 2. If the panel concludes that an agency relationship exists, would an
> exercise of general jurisdiction over defendants be reasonable in this
> case?

These supplemental briefs shall be no longer than ten pages or 2800 words,

and shall be submitted no later than 14 days after the entry of this order. Parties

who are registered for Appellate ECF must file the supplemental brief

electronically. Parties who are not registered Appellate ECF filers must file the

original supplemental brief plus seven paper copies.

The Petition for Rehearing En Banc is denied as moot without prejudice to

filing a new petition for rehearing en banc.